IN THE SUPREME COURT OF THE STATE OF NEVADA

PLATINUM REALTY AND HOLDINGS, LLC,
                    Appellant,
          vs.
NATIONSTAR MORTGAGE, LLC,
                    Respondent.

No. 73819

FILED

DEC 0 1 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a findings of fact, conclusions of law and judgment entered in a quiet title action. Eighth Judicial District Court, Clark County; Joanna Kishner, Judge.

When our initial review of the docketing statement and documents before this court revealed a potential jurisdictional defect, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Specifically, it appeared that the district court had not yet entered a final order appealable under NRAP 3A(b)(1) because claims remained pending in the district court. *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment). No district court order appeared to resolve respondent's cross-claims for unjust enrichment or appellant's claims against RCB Bank.

In response, appellant states that the challenged order is ambiguous as to which of respondent's claims it grants judgment on, but asserts that the order can reasonably be construed as granting respondent judgment on all of its claims against all parties. We disagree. The district court's order does not mention the unjust enrichment claims and states that it "does not reach the remaining claims or defenses among and between the parties, other than as stated in this order." The order also does not award

or decline to award damages on the unjust enrichment claims. Under these circumstances, the order cannot be reasonably construed as resolving the unjust enrichment claims. Accordingly, we conclude that the district court has not yet entered a final judgment appealable under NRAP 3A(b)(1). As no other statute or court rule appears to authorize an appeal from the challenged order, *see Brown v. MHC Stagecoach*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013), we conclude that we lack jurisdiction over this appeal, and

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Joanna Kishner, District Judge
The Law Office of Mike Beede, PLLC
Akerman LLP/Las Vegas
Eighth District Court Clerk